IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00969-KLM

Vicki Mize,

    Plaintiff,

v.

Subway #40916, Inc.,

    Defendant.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this action with prejudice.

    / / /

Respectfully submitted this 12th day of September 2017.

                        s/  Lori J. Coulter
                        **Lori J. Coulter**
                        The Law Office of Lori J. Coulter, LLC
                        1271 Riverview Drive
                        Loveland, CO 80537
                        720-961-2804
                        Email: lori@adaequality.com
                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and emailed the same to:

Richard M. Chanzit
2121 S. Oneida #636
Denver, CO 80224
richard@chanzitlaw.com
*Attorney for Defendant – Tenant Franchisees*

Amanda H. Halstead
Real Estate Law, Business Law &
Commercial Litigation Practice Groups
600 Seventeenth St., Ste 2800
Denver Colorado 80202
*Attorney for Defendant- Landlord of E. Smoky Hill Rd*

*by:sr*

2